# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 5, 2017

## NO. 03-16-00761-CV

**John S. Stritzinger, Appellant**

**v.**

**Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on September 14, 2016. Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal. No costs of appeal shall be assessed in this Court or in the court below.